**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Apolinar GUEVARA–TEJADA,**
**Defendant–Appellant.**

**No. 08–30364.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 9, 2009.

Helen J. Brunner, Esquire, Assistant U.S., Karyn Johnson, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, Seattle, WA, for Plaintiff–Appellee.

Michael Nance, Law Office of Michael Nance, Seattle, WA, for Defendant–Appellant.

Apolinar Guevara–Tejada, Taft, CA, pro se.

Before SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Apolinar Guevara–Tejada appeals from the 60–month sentence imposed following his guilty-plea conviction for conspiracy to distribute cocaine and heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Guevara–Tejada's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Guevara–Tejada has filed a motion for leave to file out of time a supplemental brief. That motion is granted, the brief is deemed filed, and the court has considered Guevera–Tejada's pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.